OLIN'S INC., a Florida corporation, and OLIN E. HARBETT, v. IRA PHILLIPS.

12 So. (2nd) 306             January Term, 1943
March 9, 1943                Division B
Rehearing Denied March 26, 1943

*Patton & Kanner,* for appellants.

*Hendricks & Hendricks* for appellee.

PER CURIAM:

Judgment affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.